Linda Kornfeld (SBN 155765)
Julia K. Holt (SBN 221291)
lkornfeld@blankrome.com
jholt@blankrome.com
BLANK ROME LLP
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile:  (424) 233-0744

James R. Murray (*pro hac vice*)
Jared Zola (*pro hac vice*)
BLANK ROME LLP
jmurray@blankrome.com
jzola@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile:  (212) 885-5001

Attorneys for Defendant
Ceradyne, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>    v.<br><br>CERADYNE, INC.; DOES 1-30, INCLUSIVE,<br><br>            Defendant. | CASE NO.: 8:20-cv-01997-JVS-KES<br><br>*Assigned to the Hon. James V. Selna*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER OR MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date: December 14, 2020<br>Time:         1:30 P.M.<br>Place:        Courtroom 10C<br>              411 West 4th Street,<br>              Santa Ana, CA 92701<br>Trial Date:   Not set |

CASE NO.: 8:20-cv-01997-JVS-KES

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS, TRANSFER OR STAY**

1  Defendant Ceradyne, Inc. ("Ceradyne") hereby requests that the Court take
2  judicial notice of the following items, attached as Exhibits 1-7, in support of their
3  Motion to Dismiss, or in the Alternative, Motion to Transfer or Stay Plaintiffs' RLI
4  Insurance Company and Liberty Mutual Insurance Company's complaint (the
5  "Motion"). This request is made pursuant to Rule 201 of the Federal Rules of
6  Evidence and the authorities cited below.

| Exhibit | Description |
| --- | --- |
| Exhibit 1 | Complaint — *Ceradyne, Inc. v. RLI Insurance Company et al.*, No. 1:20-cv-01398-MN (D. Del., filed Oct. 16, 2020) |
| Exhibit 2 | Exhibit F to Complaint — *Ceradyne, Inc. v. RLI Insurance Company et al.*, No. 1:20-cv-01398-MN (D. Del., filed Oct. 16, 2020) |
| Exhibit 3 | Exhibit L to Complaint — *Ceradyne, Inc. v. RLI Insurance Company et al.*, No. 1:20-cv-01398-MN (D. Del., filed Oct. 16, 2020) |
| Exhibit 4 | Docket - *Ceradyne, Inc. v. RLI Insurance Company et al.*, No. 1:20-cv-01398-MN (retrieved November 10, 2020) |
| Exhibit 5 | Excerpt of United States Courts' Federal Court Management Statistics – National Judicial Caseload Profile, June 30, 2020 |
| Exhibit 6 | California Secretary of State, Statement of Information, Ceradyne, Inc., April 29, 2020 |
| Exhibit 7 | California Secretary of State, Statement of Information, Ceradyne, Inc., April 30, 2019 |

## BASIS FOR REQUESTING JUDICIAL NOTICE

Facts that are "not subject to reasonable dispute" may be judicially noticed. Fed. R. Evid. 201(b)(2). Information "made publicly available by government

1  entities" that "neither party disputes" the authenticity or accuracy of, is appropriate for
2  judicial notice under Rule 201(b)(2). *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d
3  992, 998–99 (9th Cir. 2019).  Furthermore, courts may take judicial notice of
4  proceedings in other courts. *U.S. ex rel Robinson Rancheria Citizens Council v.*
5  *Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citing *St. Louis Baptist Temple, Inc.*
6  *v. FDIC*, 605 F.2d 1169 (10th Cir. 1979) ("[W]e 'may take notice of proceedings in
7  other courts, both within and without the federal judicial system, if those proceedings
8  have a direct relation to matters at issue.'")).

9        Ceradyne's **Exhibit 1**, **Exhibit 2** and **Exhibit 3** are the Complaint and
10 accompanying select exhibits filed by Ceradyne in the District of Delaware on
11 October 16, 2020 (the "Delaware Action").  **Exhibit 4** is the docket for the Delaware
12 Action as of the time of this filing.  These filings and the docket for the Delaware
13 Action are public record and are "not subject to reasonable dispute [and] capable of
14 accurate and ready determination by resort to sources whose accuracy cannot
15 reasonably be questioned."  Fed. R. Evid. 201(b)(2). Furthermore, these exhibits
16 "have a direct relation to the matters at issue" in the Motion, and are appropriate for
17 judicial notice as set forth in *U.S. ex rel Robinson Rancheria Citizens Council*.

18       **Exhibit 5** is an excerpt of the National Judicial Caseload Profile for the United
19 States District Courts.  The United States Courts' website for the Federal Court
20 Management Statistics (the "Court Management Statistics") is "maintained by the
21 Administrative Office of the U.S. Courts on behalf of the Federal Judiciary" and
22 "provides statistical profiles for each of the 12 U.S. courts of appeals and 94 U.S.
23 district courts plus national totals for the appellate and district courts."[1]  This exhibit
24 contains the overall caseload statistics by district, including the number of filings and
25
26 [1] Federal Court Management Statistics, June 2020, *available at*
27 https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-june-2020
28

judgeships per district. The Court Management Statistics are supported by methodologies explained in the companion "Explanation of Selected Terms."[2]

California courts routinely take judicial notice of statistics provided by Court Management Statistics in connection with transfer motions. *See, e.g., Cooley v. Indian River Transp. Co.*, No. SACV170932DOCJCGX, 2018 WL 6039841, at *3 (C.D. Cal. Apr. 10, 2018) (taking judicial notice of Federal Court Management Statistics in support of a motion to transfer); *Ocampo v. Heitech Servs., Inc.*, No. 4:19-CV-4176-KAW, 2019 WL 5395108, at *2 (N.D. Cal. Oct. 22, 2019) (taking judicial notice of Federal Court Management Statistics because the document "comes from a government source, and can therefore be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.") (quotations and citations omitted); *Parr v. Stevens Transp., Inc.*, No. C 19-02610-WHA, 2019 WL 4933583, at *4 (N.D. Cal. Oct. 7, 2019) (taking judicial notice of Federal Court Management Statistics because the exhibit "has been made publicly available by government entities through a website link" and its authenticity and accuracy are not disputed). Likewise, Ceradyne's Exhibit 1 reflects public information that is made available by a government entity, and is appropriate for judicial notice.

Similarly, Ceradyne's **Exhibit 6**[3] and **Exhibit 7**[4] represent publicly available corporation information from a government source and thus, is appropriate for judicial

---

[2] Federal Court Management Statistics, June 2020, Explanation of Selected Terns, *available at* https://www.uscourts.gov/sites/default/files/explanation_of_selected_terms_december_2019_0.pdf

[3] California Secretary of State, Ceradyne, Inc. Statement of Information, April 29, 2020, *available at* https://businesssearch.sos.ca.gov/Document/RetrievePDF?Id=01588785-28201998.

[4] California Secretary of State, Ceradyne, Inc. Statement of Information, April 30, 2019, *available at* https://businesssearch.sos.ca.gov/Document/RetrievePDF?Id=01588785-26155219.

1 notice. *See, e.g., L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F. Supp. 2d
2 932, 937-38 (C.D. Cal. 2011) (citing *Hansen Beverage Co. v. Innovation Ventures,*
3 *LLC*, No. 08-cv-1166-IEG, 2009 WL 6597891, at *1 (S.D. Cal. Dec. 23, 2009))
4 (taking judicial notice of California Secretary of State website and stating that the
5 website is "one recognized by courts as a source of reliable documentation").
6    For the foregoing reasons, Exhibits 1-7 may properly be considered by the
7 Court in ruling on the Motion.

8 Dated: November 10, 2020        BLANK ROME, LLP

9                                 By: /s/ Julia K. Holt
10                                Julia K. Holt (SBN 221291)
                                  Linda Kornfeld (SBN 155765)
11                                jholt@blankrome.com
12                                lkornfeld@blankrome.com
                                  2029 Century Park East, Sixth Floor
13                                Los Angeles, CA 90067
                                  Telephone: (424) 239-3400
14                                Facsimile:  (424) 233-0744
15
                                  James R. Murray (*pro hac vice*)
16                                Jared Zola (*pro hac vice*)
                                  jmurray@blankrome.com
17                                jzola@blankrome.com
18                                1271 Avenue of the Americas
                                  New York, NY 10020
19                                Telephone: (212) 885-5000
20                                Facsimile:  (212) 885-5001
21
                                  *Attorneys for Defendant Ceradyne, Inc.*
22
23
24
25
26
27
28