Linda Kornfeld (SBN 155765)
Julia K. Holt (SBN 221291)
lkornfeld@blankrome.com
jholt@blankrome.com
BLANK ROME LLP
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 233-0744

James R. Murray (*pro hac vice*)
Jared Zola (*pro hac vice*)
BLANK ROME LLP
jmurray@blankrome.com
jzola@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

Attorneys for Defendant
Ceradyne, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CERADYNE, INC.; DOES 1-30, INCLUSIVE,<br><br>                    Defendant. | CASE NO.: 8:20-cv-01997-JVS-KES<br><br>*Assigned to the Hon. James V. Selna*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS, TRANSFER OR STAY**<br><br>Hearing Date:  December 21, 2020<br>Time:              1:30 P.M.<br>Place:             Courtroom 10C<br>                       411 West 4th Street,<br>                       Santa Ana, CA 92701<br>Trial Date:      Not set |

CASE NO.: 8:20-cv-01997-JVS-KES

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S
REPLY IN SUPPORT OF ITS MOTION TO DISMISS, TRANSFER OR STAY**

Defendant Ceradyne, Inc. ("Ceradyne") hereby requests that the Court take judicial notice of the following items, attached as Exhibits 1 and 2, in support of its Reply in Support of its Motion to Dismiss, Transfer or Stay this action brought by Plaintiffs' RLI Insurance Company ("RLI") and Liberty Mutual Insurance Company ("Liberty") (the "Motion"). This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.

| Exhibit | Description |
|---|---|
| Exhibit 1 | RLI Insurance Company's Answer and Affirmative Defenses To Ceradyne's Complaint — *Ceradyne, Inc. v. RLI Insurance Company et al.*, No. 1:20-cv-01398-MN (D. Del., filed Nov. 12, 2020) |
| Exhibit 2 | Liberty Mutual Insurance Company's Answer and Affirmative Defenses To Ceradyne's Complaint — *Ceradyne, Inc. v. RLI Insurance Company et al.*, No. 1:20-cv-01398-MN (D. Del., filed Nov. 12, 2020) |

## BASIS FOR REQUESTING JUDICIAL NOTICE

Facts that are "not subject to reasonable dispute" may be judicially noticed. Fed. R. Evid. 201(b)(2). Information "made publicly available by government entities" that "neither party disputes" the authenticity or accuracy of, is appropriate for judicial notice under Rule 201(b)(2). *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2019). Furthermore, courts may take judicial notice of proceedings in other courts. *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citing *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169 (10th Cir. 1979) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'")).

Ceradyne's **Exhibit 1** and **Exhibit 2** are the Answers and Affirmative Defenses filed by RLI and Liberty as defendants in the District of Delaware on November 12, 2020. These filings are public record and are "not subject to reasonable dispute [and] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Furthermore, these exhibits "have a direct relation to the matters at issue" in the Motion, and are appropriate for judicial notice as set forth in *U.S. ex rel Robinson Rancheria Citizens Council*.

For the foregoing reasons, Exhibits 1 and 2 may properly be considered by the Court in ruling on the Motion.

Dated: December 7, 2020

BLANK ROME LLP

By: /s/ Julia K. Holt
Julia K. Holt (SBN 221291)
Linda Kornfeld (SBN 155765)
jholt@blankrome.com
lkornfeld@blankrome.com
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 233-0744

James R. Murray (*pro hac vice*)
Jared Zola (*pro hac vice*)
jmurray@blankrome.com
jzola@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

*Attorneys for Defendant Ceradyne, Inc.*